UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62224-CIV-SMITH

JORDAN A. WILLIAMSON,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte*. On January 29, 2024, the Court issued its Order of Referral to Mediation [DE 10], requiring the parties to file a Notice of Scheduling Mediation by March 4, 2024. A review of the record indicates that the parties have failed to file their Notice of Scheduling Mediation. Accordingly, it is

**ORDERED** that, on or before **March 6, 2024,** the parties shall file a Notice of Scheduling Mediation that complies with the Court's Order of Referral to Mediation or show cause why they should not be sanctioned for failing to comply with a Court order. Failure to timely respond to this Order may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of March, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record