# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-62224-CIV-SMITH

JORDAN M. WILLIAMSON,

     Plaintiff,

vs.

NATIONAL CREDIT SYSTEMS, INC.

     Defendant.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Plaintiff's Notice of Settlement [DE 18], indicating that the case has settled.  Accordingly, it is

**ORDERED** that:

1.    The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **July 11, 2024.**  Failure to timely file the Stipulation of Dismissal may result in dismissal of this case without further notice.

2.    All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3.    This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of June, 2024.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record